## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

LERAY HAYNES,

        Plaintiff,

v.                                                                                                Case No. 07-C-305

HALO DELIVERY SERVICES,

        Defendant.

## **ORDER**

The plaintiff, who is proceeding pro se, filed this action on March 29, 2007. On November 29, 2007, the court held a hearing to address several discovery motions filed by the parties. During the hearing, which lasted over two and half hours (not including the break for lunch), the court addressed in depth the various issues raised in the plaintiff's motion to compel discovery, as well as those matters raised in the defendant's motions.

By letter filed December 13, 2007, the plaintiff requests that the court reconsider its decision and order regarding the plaintiff's discovery motion, but he does not specify which parts of the order that he wants reconsidered. The plaintiff basically argues the same issues and asserts that the defendant's lawyers continue to lie to the court and to him. This assertion was also made during the November 29, 2007, hearing.

At the lengthy November hearing, the parties presented their arguments and the court carefully considered the parties' positions relating to their discovery requests. The plaintiff has presented no viable grounds for this court to reconsider its ruling on the plaintiff' motion. Therefore, the plaintiff's request for the court to reconsider its decision on his discovery motion will be denied.

**NOW, THEREFORE, IT IS ORDERED** that the plaintiff's request that the court reconsider its November 29, 2007, decision on his motion to compel be and hereby is **denied** (Docket #45).

Dated at Milwaukee, Wisconsin, this 17th day of December, 2007.

BY THE COURT:

s/Patricia J. Gorence
PATRICIA J. GORENCE
United States Magistrate Judge